United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOSVANI SOTO FIGUEREDO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-01046 |
| | § | |
| WARDEN PORT ISABEL DETENTION CENTER, | § | |
| | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Petitioner Yosvani Soto Figueredo is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him.

According to Petitioner, in August 2023, he was "inspected" by United States Citizenship and Immigration Services and was "paroled" into the United States "under the [Cuba Humanitarian Parole] classification." (Pet., Doc. 1, 2) USCIS received his Form I-485 in January 2025 and classified his preference category as the "Cuban Adjustment Act." (*Id.*) In July 2026, he was detained and placed in removal proceedings, but an Immigration Judge terminated those proceedings on August 10. The Department of Homeland Security has appealed that termination to the Board of Immigration Appeals. Petitioner alleges that his continued detention is statutorily unlawful because the Immigration Judge terminated his removal proceedings. And he alleges that his detention without a bond hearing violates his rights under the Fifth Amendment's Due Process Clause.

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than October 30, 2026, Respondents shall file a response to the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1), and within the response, address the legal authority for Petitioner's continued detention.

The Clerk of Court is directed to serve a copy of this Order upon Respondents in accordance with the Memorandum of Understanding.

Signed on October 16, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge